**Stephen BURKS, Plaintiff–Appellant,**

v.

**Eric WILSON, Warden, CEO, sued in official capacity; Federal Correctional Complex, Low; Petersburg, Low, Inc., Defendants–Appellees.**

No. 15–6086.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2015.

Decided: July 28, 2015.

Stephen Burks, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Maurice Burks appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *Burks v. Wilson*, No. 3:14–cv–00532–HEH, 2014 WL 7240242 (E.D.Va. Dec. 19, 2014).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*